UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM,<br><br>    Petitioner,<br><br>    v.<br><br>D.G. ADAMS,<br><br>    Respondent. | No. 2:17-cv-0233 JAM AC P<br><br><br>ORDER |

By order filed on November 2, 2017, the court issued a stay in this matter, administratively closed the case, and ordered petitioner to file a case status update every sixty days. ECF No. 15. Petitioner's last status report was received by the court on June 29, 2018. ECF No. 18. Her next status report was due August 28, 2018. A report has not been filed. Petitioner will be directed to file a case status report within ten days of service of this order.

Accordingly, IT IS ORDERED that:

1. Petitioner is to file a case status report within ten days of service of this order, after which she is to continue filing a report every sixty days.

////
////
////
////

1

2. Petitioner shall inform the court within thirty days of a decision by the state's highest court exhausting her new claims, and shall at that time request a lift of the stay and file an amended petition setting forth all of her exhausted claims.

DATED: September 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE