UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RYAN BIGOSKI ODOM, | No. 2:17-cv-0233 JAM AC P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| D.G. ADAMS, | |
| Respondent. | |

Respondent has requested an extension of time to file an answer to Claims One and Three of the first amended petition. ECF No. 37.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time, ECF No. 37, is granted.

2. Respondent shall have up to and including April 19, 2020, to file a response to the first amended petition. Petitioner may file a traverse within thirty days of service of the answer.

DATED: March 18, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE