UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM,<br><br>              Petitioner,<br><br>   v.<br><br>D.G. ADAMS,<br><br>              Respondent. | No.  2:17-cv-0233 JAM AC P<br><br><br>ORDER |

    Petitioner has requested a sixty-day extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (ECF No. 41) is granted; and

    2. Petitioner shall have sixty days from the service of this order to file a traverse.

DATED: May 13, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE