UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM, | No. 2:17-cv-0233 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| D.G. ADAMS, | |
| Respondent. | |

On April 8, 2020, respondent filed an answer to petitioner's writ of habeas corpus. ECF No. 40. After moving for an extension of time to file her traverse (ECF No. 41), which was subsequently granted (ECF No. 42), petitioner now asks the court to allow her to use the arguments in her petition and appeal brief as her traverse (ECF No. 44).

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion is GRANTED and her petition for writ of habeas corpus is deemed submitted.

DATED: July 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE